

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Laura C. Williams**<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-2435<br>E-mail: lawillia@law.nyc.gov |

May 20, 2025

**By ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Wendy Trudo v. The Department of Education of the City of New York et al.*
               No. 1:25-cv-01345-LKE

Dear Judge Eshkenazi:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Defendants, in accordance with Paragraph I(A)(2) of Your Honor's Individual Practice Rules, write to respectfully request an extension of time, from May 27, 2025 until July 11, 2025, to file their response to the complaint. Defendant requests this extension for additional time to review the twenty-seven page complaint and thirteen exhibits attached to Plaintiff's complaint and conduct further investigation in order to prepare a meaningful response.

      Defendant sought and received the consent of Plaintiff, who is proceeding *pro se*, for this extension via email exchange on May 19, 2025. This is Defendant's first request for an extension of time to file their response. Thank you for your consideration of this request.

                                   Respectfully submitted,
                                     /s/
                                   Laura Williams
                                   Assistant Corporation Counsel

                                   Craig Mungavin
                                   Assistant Corporation Counsel
                                   (awaiting admission)

      cc:    Wendy Trudo (via email, first-class mail and ECF)
                Plaintiff *Pro Se*