

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**L<small>AW</small> D<small>EPARTMENT</small>**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Laura C. Williams**<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-2435<br>E-mail: lawillia@law.nyc.gov |

July 3, 2025

**By ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Wendy Trudo v. The Department of Education of the City of New York et al.*
              No. 1:25-cv-01345-LKE

Dear Judge Eshkenazi:

        I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Defendants, in accordance with Paragraph I(A)(2) of Your Honor's Individual Practice Rules, write to respectfully request an extension of time, from July 11, 2025 until August 25, 2025, to file their response to the complaint. Defendants sought and received the consent of Plaintiff, who is proceeding *pro se*, for this extension via email exchange on July 2, 2025. Defendants previously requested, and the Court granted, an extension of time from May 27, 2025 to July 11, 2025 for Defendants to respond to the Complaint.

        The extension is requested in light of the assigned attorney's very heavy caseload to provide adequate time to investigate the allegations in the complaint, prepare a draft response, and allow for review of motions papers internally and by the clients prior to filing. The additional extension of time is also made in light of expected leaves of absence in this Office over the next several weeks.

        Accordingly, and together with the requested extension of time to file their motion, Plaintiff requests to file opposition papers on or before October 9, 2025. Defendants consent to this request. Thank you for your consideration of these requests.

                                                                 Respectfully submitted,

                                                                 /s/
                                                             Laura C. Williams
                                                             Assistant Corporation Counsel

cc:    Wendy Trudo, Plaintiff *pro se* (via email, first-class mail and ECF)