

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Laura C. Williams**
*Assistant Corporation Counsel*
Telephone: (212) 356-2435
E-mail: lawillia@law.nyc.gov

August 27, 2025

**By ECF**
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Wendy Trudo v. The Department of Education of the City of New York et al.*
          25-cv-01345-LKE

Dear Judge Eshkenazi:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. In accordance with Paragraph I(A)(2) of Your Honor's Individual Practice Rules, I write to respectfully request an extension of time, *nunc pro tunc*, from August 25, 2025 to September 24, 2025 for defendants to respond to the complaint. This is the third, and will be the last, request for this extension of time.[1] Plaintiff, who is proceeding *pro se*, consents to this request.

    I apologize for the lateness of this request, but the Assistant Corporation Counsel assigned to this case has been on a leave of absence and although we have tried to keep track of his cases, we failed to pick up the deadline for responding to the complaint in this case. The Assistant Corporation Counsel is scheduled to return to the office on September 2, 2025, and this extension is requested to allow him time to prepare and finalize a draft motion to dismiss and to allow for internal and client review.

---

[1] Defendants previously requested, and the Court granted, extensions of time from May 27, 2025 to July 11, 2025 and from July 11, 2025 until August 25, 2025, to file their response to the complaint.

Accordingly, and together with the requested extension of time to file their motion, Defendants request, on behalf of Plaintiff, an extension of time for Plaintiff to file opposition papers on or before November 10, 2025. I thank the Court for consideration of this request.

Respectfully submitted,  
/s/  
Laura C. Williams  
Assistant Corporation Counsel

cc: Wendy Trudo, Plaintiff *pro se* (via email, first-class mail and ECF)