

**Wendy Trudo**
**5 Shawe Street**
**Danbury, CT 06810**
wendyt.otr@gmail.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 03 2025 ★

BROOKLYN OFFICE

<u>VIA ECF</u>
Honorable Lara K. Eshkenazi
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

August 27, 2025

RE: Wendy Trudo v. The Department of Education of the City of New York et al.
No. 1:25-cv-01345-LKE

Dear Magistrate Eshkenazi,

I, Wendy Trudo, am the Plaintiff Pro Se in the above cited case.

I am writing to you to request an extension of time for me to respond to the Defendants' Answer. On July 7, 2025 you granted the Defendants until August 25, 2025 to file an Answer to my Complaint. Also in the Defendants' letter request was the date October 9, 2025, for me to respond to their Answer.

Nothing was submitted yesterday, August 25, 2025 by the Defendants. I am contacting their Attorney to find out when they plan to submit their Answer, and I would like the same 7 weeks to respond to their date of submission.

I would also like your permission to upload documents to the Court pro se office, so I do not have to rely on mailing my documents.

Thank you for your consideration of these requests.

Respectfully,


/s/Wendy Trudo
Wendy Trudo
Plaintiff Pro Se

CC: Attorney Laura Williams

REC'D IN PRO SE OFFICE
SEP 3 '25 PM 12:47

Wendy Truco
5 Shawe St.
Danbury, CT
06810

United States District Court
for the
Eastern District of NY

225 Cadman Plaza East
Brooklyn, NY 11201

Attention: Honorable Barbara K... [illegible]

BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 03 2025

U.S. POSTAGE PAID
FCM LETTER
DANBURY, CT 06810
AUG 27, 2025
$6.08

9589 0710 5270 1832 0782 95

28 AUG 2025 PM 2 L
WESTCHESTER NY 105

CERTIFIED MAIL