UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WENDY TRUDO

                                                              Plaintiff,        **NOTICE OF APPEARANCE**

               -against-                               No. 1:25-cv-01345-HG-LKE

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK; MELISSA AVILES-RAMOS, Chancellor; and KATHLEEN RODI, Director of Employee Relations,

                                                            Defendants.
------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education s/h/a Department of Education of the City of New York ("DOE"), Melissa Aviles-Ramos, Chancellor, Kathleen Rodi, Director of Employee Relations, (collectively, "Defendants") in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated:       New York, New York
                November 10, 2025

                                                         **MURIEL GOODE-TRUFANT**
                                                         Corporation Counsel of the City of New York
                                                         Attorney for Defendants
                                                         100 Church Street, Room 2-109(d)
                                                         New York, New York 10007
                                                         (212) 356-2420
                                                         cmungavi@law.nyc.gov

                                                 By:   /s/ Craig A. Mungavin
                                                                Craig A. Mungavin
                                                          Assistant Corporation Counsel

cc: Wendy Trudo, Plaintiff *Pro Se* (via email and first-class mail)