**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CRAIG A. MUNGAVIN**
Labor and Employment Law Division
Phone: (212) 356-2420
Email: cmungavi@law.nyc.gov

November 10, 2025

**BY ECF**

Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Trudo v. The Department of Education of the City of New York, et al.
     25-CV-01345 (HG) (LKE)

Dear Judge Gonzalez:

  I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendants New York City Department of Education ("DOE"), Melissa Aviles-Ramos, Chancellor, and Katherine Rodi, Director of Employee Relations (collectively, "Defendants") in the above-referenced action. Pursuant to the Court's October 6, 2025 Order, Defendants write to respectfully inform the Court that they intend to move to dismiss the Plaintiff's Amended Complaint, ECF Dkt. 15, pursuant to Fed. R. Civ. P. 12(b)(6).

  Defendants thank the Court for its attention to this matter.

               Respectfully submitted,

               **[ECF]**   /**S**/
               Craig A. Mungavin
               Assistant Corporation Counsel

To: Wendy Trudo, Plaintiff *pro se* (by ECF)
   5 Shawe Street
   Danbury, CT 06810
   Wendyt.otr@gmail.com