UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

WENDY TRUDO,

Plaintiff,

– against –

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, Chancellor; and Katherine Rodi, Director of Employee Relations,

Defendants.

---------------------------------------------------------------------------- X

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

25-CV-01345 (HG) (LKE)

**PLEASE TAKE NOTICE** that upon accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, dated December 17, 2025, and upon all the papers and proceedings previously had herein, Defendants, the New York City Department of Education, Melissa-Aviles Ramos, and Katherin Rodi, (collectively "Defendants") will move this Court, before the Hon. Hector Gonzalez, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be set by the Court, for an order pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint in its entirety on the grounds that, as a matter of law, the Amended Complaint fails to adequately state a claim upon which relief can be granted and for further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order dated December 3, 2025 by Judge Hector Gonzalez, Plaintiff's answering papers, if any, shall be served upon the undersigned on or before January 20, 2026 and Defendants' reply papers, if any, will be served and filed on or before February 3, 2026.

Dated: New York, New York
December 17, 2025

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-109(d)
New York, New York 10007
(212) 356-2420
cmungavi@law.nyc.gov

By: ______________________
Craig A. Mungavin
Assistant Corporation Counsel

To: Wendy Trudo, Plaintiff *Pro Se* (by E-Mail, ECF))