

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Craig A. Mungavin**<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-2420<br>E-mail: cmungavi@law.nyc.gov |

December 17, 2025

**By ECF**
Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

      Re:    <u>Wendy Trudo v. The Department of Education of the City of New York et al.</u>
                No. 25-CV-1345 (HG) (LKE)

Dear Judge Gonzalez:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Pursuant to the Court's Order dated October 6, 2025, Defendants certify that they have served Plaintiff, *pro se*, by email with the following documents: (1) Defendants' Notice of Motion to Dismiss the Amended Complaint; (2) Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint; (3) Individual Practice Rules of District Judge Hector Gonzalez; and (4) copies of all cases or other authorities cited in Defendants' Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint that are unpublished or reported exclusively on computerized databases, as required by Local Civil Rule 7.2.

      Defendants' Memorandum of Law in Support of their Motion to Dismiss the Amended Complaint does not refer to materials outside the pleadings, and thus, Defendants have not served Plaintiff with notice as described in Local Civil Rule 12.1.

                                                             Respectfully submitted,
                                                                     /s/
                                                              Craig A. Mungavin
                                                              Assistant Corporation Counsel

cc:    Wendy Trudo (via email and ECF)
          Plaintiff *Pro Se*