**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Craig A. Mungavin**
*Assistant Corporation Counsel*
Telephone: (212) 356-2420
E-mail: cmungavi@law.nyc.gov

September 16, 2026

**By ECF**
Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Re: Wendy Trudo v. The Department of Education of the City of New York et al.
No. 25-CV-1345 (HG) (LKE)

Dear Judge Gonzalez:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. Defendants, in accordance with Your Honor's Individual Practice Rules, write to respectfully request an extension of time, from September 24, 2026 until October 22, 2026, for Defendants to serve and file their opposition to the Plaintiff's motion for relief from judgment, ECF No. 30, pursuant to Fed. R. Civ. Pro. 60(b). Plaintiff *pro se* consents to this request.

This is Defendants' first request for an extension of time to serve and file their opposition to Plaintiff's Rule 60(b) motion. Defendants request this additional time to fully review and investigate Plaintiff's motion papers and two attached exhibits, and allow sufficient time for preparation and internal review of opposition papers prior to filing. There is no standing scheduled appearance before the Court that is affected by this extension. The requested extension does not affect any other scheduled dates.

Defendants thank the Court for its consideration of this request.

Respectfully submitted,
/s/
Craig A. Mungavin
Assistant Corporation Counsel

cc: Wendy Trudo, Plaintiff *pro se* (via email, first-class mail and ECF)