*** Filed ***
06:50 PM, 13 Oct, 2026
U.S.D.C., Eastern District of New York

FORM 1

# NOTICE OF APPEAL

* * * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
____________ DISTRICT OF ____________

Wendy Trudo Vs The Dpt of Education of New York, Melissa Aviles-Ramos, Chancellor; and Katherine Rodi, Director of Employee Relations

NOTICE OF APPEAL

1:25-CV-01345
Docket No.

Notice is hereby given that Wendy Trudo
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision
(describe it) The Covid-19 vaccine mandate was "a lawful condition of employment." Plaintiff, [a specialist in Telehealth for OT/PT] was unqualified for her position due to her non-compliance with the vaccine mandate; she pleads effect before cause with respect to her retaliation claim; The DOE determined that her requested accommodation would create undue hardship on the DOE; she received adequate process before being terminated by the DOE; and she had no fundamental right infringed upon.
entered in this action on the 24th day of September, 2026.

[signature]
Signature

Wendy Trudo
Printed Name

5 Shawe St.
Address

Danbury, CT 06810

(203) 910-0840
Telephone No. (with area code)

Date: 10/7/2026